UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-07736-ODW(MRWx) | Date | September 12, 2012 |
|---|---|---|---|
| Title | Gabe Watkins v. Vita Pharmaceuticals Inc et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sheila English | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **MINUTE ORDER (IN CHAMBERS)**

This action has been assigned to the calendar of Judge Otis D. Wright II.

Counsel are encouraged to review the Central District's website for additional information. The address is "**http://www.cacd.uscourts.gov**".

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions on Mondays, Criminal at 10:00 a.m. and Civil at 1:30 p.m.

The Court requires delivery of one non-blue backed Mandatory Chambers Copy* delivered by 3:00 p.m. the following business day to Judge Wright's document box outside the entrance to chambers near courtrooms 10 and 12.

(1) All noticed motion and related documents;
(2) All ex parte applications and related documents; and
(3) All exhibits and attachments must be separately tabbed.

* [ Refer to the Court's General Order No. 10-07 regarding ECF Courtesy paper Copies.]

**\*\* Attention ECF Attorneys- Chambers Email Addresses are available under your Utilities menu.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | SE |